# Earnings Statement

Portfolio Media Inc.
9443 Springboro Pike
Miamisburg, OH 45342
937-865-7137

Period Beginning: 08/28/2022
Period Ending: 09/10/2022
Advice Date: 09/09/2022
Advice Number:
Batch Number:

Filing Status: S
Fed W/H:Std
ST All (OH): 1
Loc All: 0

Heisig,Eric
3115 W. 11th St. Upper
Cleveland, OH 44109

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Sal | 33.6539 | 80.00 | 2692.31 | 25576.95 |
| Overtime - | 50.4809 | 1.00 | 50.48 | 1615.38 |
| Straight Ove | | | 0.00 | 302.89 |
| PMU 56 Shift | | | 0.00 | 27.00 |
| Gross Pay | | | 2742.79 | 27522.22 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Basis of Payment: Salaried | | |

## Important Notes

Employee Identification Nbr:
Total Hours Worked: 81.00

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Federal Withholding Tax | -297.12 | -3106.77 |
| Social Security Tax | -167.22 | -1680.47 |
| Medicare Tax | -39.11 | -393.01 |
| OH Withholding Tax | -71.55 | -727.94 |
| Cleveland Wthhldng Tax | -67.43 | -677.61 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *Pretax Medical | -7.16 | -64.44 |
| *Health Care Spending Account | -38.47 | -346.23 |
| Union Due $1 per Month | -1.00 | -4.00 |
| Union Due % | -47.12 | -377.42 |
| *401(k) Savings Plan | -82.28 | -684.20 |
| *Pretax Medical Debit | 0.00 | -7.16 |

Net Pay: 1924.33

* This deduction reduces taxable gross.

Portfolio Media Inc.
937-865-7137
9443 Springboro Pike
Miamisburg, OH 45342

Advice Number:
Advice Date: 09/09/2022

Deposited to the account of
Heisig,Eric

| Account Number | Transit ABA | Amount |
|---|---|---|
| | | 1561.99 |
| | | 362.34 |

THIS IS NOT A CHECK

# Earnings Statement

Portfolio Media Inc.
9443 Springboro Pike
Miamisburg, OH 45342
937-865-7137

| | |
|---|---|
| Period Beginning: | 09/11/2022 |
| Period Ending: | 09/24/2022 |
| Advice Date: | 09/23/2022 |
| Advice Number: | |
| Batch Number: | |

Filing Status: S
Fed W/H:Std
ST All (OH): 1
Loc All: 0

Heisig,Eric
3115 W. 11th St. Upper
Cleveland, OH 44109

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Sal | 33.6539 | 80.00 | 2692.31 | 28269.26 |
| Straight Ov | 33.6539 | 6.75 | 227.16 | 530.05 |
| Overtime - | 50.4809 | 0.25 | 12.62 | 1628.00 |
| PMU $6 Shif | 6.0000 | 1.00 | 6.00 | 33.00 |
| Gross Pay | | | 2938.09 | 30460.31 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Basis of Payment: Salaried | | |

## Important Notes

| | | |
|---|---|---|
| Employee Identification Nbr: | 00000632196 | |
| Total Hours Worked: | 88.00 | |

## Deductions   Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Federal Withholding Tax | -338.80 | -3445.57 |
| Social Security Tax | -179.33 | -1859.80 |
| Medicare Tax | -41.94 | -434.95 |
| OH Withholding Tax | -78.19 | -806.13 |
| Cleveland Wthhldng Tax | -72.31 | -749.92 |

## Deductions   Other

| | This Period | Year-to-Date |
|---|---|---|
| *Pretax Medical | -7.16 | -71.60 |
| *Health Care Spending Account | -38.47 | -384.70 |
| Union Due % | -47.22 | -424.64 |
| *401(k) Savings Plan | -88.14 | -772.34 |
| *Pretax Medical Debit | 0.00 | -7.16 |
| Union Due $1 per Month | 0.00 | -4.00 |

| Net Pay: | 2046.53 |
|---|---|

* This deduction reduces taxable gross.

© 2022 Automatic Data Processing (ADPWD)

Portfolio Media Inc.
937-865-7137
9443 Springboro Pike
Miamisburg, OH 45342

| | |
|---|---|
| Advice Number: | |
| Advice Date: | 09/23/2022 |

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Heisig,Eric | Checking | | 1549.49 |
| | Savings | | 12.50 |
| | Checking | | 484.54 |

Portfolio Media Inc.
9443 Springboro Pike
Miamisburg, OH 45342
937-865-7137

# Earnings Statement

Page 001 of 001

| | |
|---|---|
| Period Beginning: | 09/25/2022 |
| Period Ending: | 10/08/2022 |
| Advice Date: | 10/07/2022 |
| Advice Number: | |
| Batch Number: | |

Filing Status: S
Fed W/H:Std
ST All (OH): 1
Loc All: 0

Heisig,Eric
3115 W. 11th St. Upper
Cleveland, OH 44109

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Sal | 33.6539 | 80.00 | 2692.31 | 30961.57 |
| Overtime - | 50.4809 | 1.25 | 63.10 | 1691.10 |
| Straight Ove | | | 0.00 | 530.05 |
| PMU $6 Shift | | | 0.00 | 33.00 |
| Gross Pay | | | 2755.41 | 33215.72 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Basis of Payment: Salaried | | |

## Important Notes

Employee Identification Nbr:
Total Hours Worked:        81.25

## Deductions    Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Federal Withholding Tax | -299.81 | -3745.38 |
| Social Security Tax | -168.01 | -2027.81 |
| Medicare Tax | -39.30 | -474.25 |
| OH Withholding Tax | -71.98 | -878.11 |
| Cleveland Wthhldng Tax | -67.74 | -817.66 |

## Deductions    Other

| | This Period | Year-to-Date |
|---|---|---|
| *Pretax Medical | -7.16 | -78.76 |
| *Health Care Spending Account | -38.47 | -423.17 |
| Union Due $1 per Month | -1.00 | -5.00 |
| Union Due % | -47.12 | -471.76 |
| *401(k) Savings Plan | -82.66 | -855.00 |
| *Pretax Medical Debit | 0.00 | -7.16 |

Net Pay:        1932.16

* This deduction reduces taxable gross.

Portfolio Media Inc.
937-865-7137
9443 Springboro Pike
Miamisburg, OH 45342

| | |
|---|---|
| Advice Number: | |
| Advice Date: | 10/07/2022 |

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Heisig,Eric | | | |
| | Checking | | 1549.49 |
| | Savings | | 12.50 |
| | Checking | | 370.17 |