**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on November 16, 2022, which may be different from its entry on the record.**

IT IS SO ORDERED.

Dated: November 16, 2022



ENTERED UNDER ADMINISTRATIVE ORDER NO. 02-10: JOSIAH C. SELL, CLERK OF BANKRUPTCY COURT
BY: /s/ Nikita Brown Speed
Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re: ERIC J HEISIG<br>xxx-xx-6707<br>Debtor. | ) Case Number: 22-13324-aih<br>) Chapter 13 Proceedings<br>) Judge Arthur I. Harris |

### ORDER UPON EMPLOYER DIRECTING DEDUCTIONS FROM DEBTOR-EMPLOYEE'S WAGES, COMBINED WITH RELATED ORDERS

Notice to Employer: **PORTFOLIO MEDIA, INC**

The above-named Debtor has filed bankruptcy under Chapter 13 of the Bankruptcy Code. As a result, all of the Debtor's future earnings are under the exclusive jurisdiction of this Court.

The employer is hereby ordered, until further order of the Court, to submit the required Chapter 13 Plan payment amount of **$ 1,032.15 per month** and the same amount each month thereafter from the Debtor's wages, salary, commissions, and all other earnings or income and promptly remit to:

**Lauren A. Helbling, Chapter 13 Trustee
P.O. Box 593
Memphis, TN 38101-0593**

**Please make check payable to Lauren A. Helbling, Chapter 13 Trustee and include the case number and Debtor name with all payments.**

As an alternative to mailing the deducted funds, the employer may submit funds electronically using an online payment method. Please see the Trustee's website at www.13trusteecleveland.com and review the "Employer Payment Information" section for further instruction.

In accordance with the relevant provisions of the Debtor's proposed plan,

**IT IS THEREFORE ORDERED** under 11 U.S.C. § 1325(c) and §1326 that the Debtor's employer is required to withhold funds from the Debtor's wages, salary, commissions, and all other earnings or income and promptly forward to the Chapter 13 Trustee as required by the Debtor's Chapter 13 Plan.

**IT IS FURTHER ORDERED,** under 11 U.S.C. § 362(a), that deductions for child support ordered by the Common Pleas Court or Domestic Relations Court may continue. The employer should cease all OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENTS, OR CREDIT UNIONS unless specifically authorized by this Court or until this Order is modified or vacated.

**IT IS FURTHER ORDERED,** that if the Debtor's employment terminates during the term of the bankruptcy plan, the employer is to notify the Chapter 13 Trustee in writing to the PO Box address stated above.

Based on the Debtor's filings, the Debtor's employer name and payroll address is:

Employer's Name: PORTFOLIO MEDIA, INC
Address: Attn: Payroll Garnishments
9443 SPRINGBORO PIKE
City/State/Zip: MIAMISBURG, OH 45342
Phone:

By submitting this form, the Trustee certifies that this form is identical in all respects to the official form.

Submitted by:

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268   Fax (216) 621-4806
ch13trustee@ch13cleve.com

## SERVICE LIST

Lauren A. Helbling, Chapter 13 Trustee
(Served via ECF)

Office of the United States Trustee
(Served via ECF)

SUSAN M GRAY, Attorney for Debtor
(Served via ECF)

ERIC J HEISIG, Debtor(s)
3115 W 11TH ST - UPPER
CLEVELAND, OH 44109

PORTFOLIO MEDIA, INC, Employer
Attn: Payroll Garnishments
9443 SPRINGBORO PIKE
MIAMISBURG, OH 45342