United States Bankruptcy Court
Northern District of Ohio

In re:                                            Case No. 22-13324-aih
Eric J. Heisig                              Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-1                          User: nbrow                                           Page 1 of 2
Date Rcvd: Nov 16, 2022                    Form ID: pdf746                                Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol     Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric J. Heisig, 3115 W. 11th St. UPPER, Cleveland, OH 44109-1803 |
| | + | Portfolio Media, Inc, Attn: Payroll Garnishments, 9443 Springboro Pike, Miamisburg, OH 45342-4425 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | Nov 16 2022 20:41:00 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 16 2022 20:49:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 18, 2022                           Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Lauren A. Helbling | ch13trustee@ch13cleve.com lhelbling13@ecf.epiqsystems.com |
| Susan M. Gray | on behalf of Debtor Eric J. Heisig smgray@smgraylaw.com sgrayecfmail@gmail.com;mariesr74955@notify.bestcase.com |

**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on November 16, 2022, which may be different from its entry on the record.**

IT IS SO ORDERED.



ENTERED UNDER ADMINISTRATIVE ORDER NO. 02-10: JOSIAH C. SELL, CLERK OF BANKRUPTCY COURT
BY: /s/ Nikita Brown Speed
Deputy Clerk

Dated: November 16, 2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In re: ERIC J HEISIG ) Case Number: 22-13324-aih
xxx-xx-6707 ) Chapter 13 Proceedings
Debtor. ) Judge Arthur I. Harris

**ORDER UPON EMPLOYER DIRECTING DEDUCTIONS FROM DEBTOR-EMPLOYEE'S WAGES, COMBINED WITH RELATED ORDERS**

Notice to Employer: PORTFOLIO MEDIA, INC

The above-named Debtor has filed bankruptcy under Chapter 13 of the Bankruptcy Code. As a result, all of the Debtor's future earnings are under the exclusive jurisdiction of this Court.

The employer is hereby ordered, until further order of the Court, to submit the required Chapter 13 Plan payment amount of **$ 1,032.15 per month** and the same amount each month thereafter from the Debtor's wages, salary, commissions, and all other earnings or income and promptly remit to:

**Lauren A. Helbling, Chapter 13 Trustee
P.O. Box 593
Memphis, TN 38101-0593**

**Please make check payable to Lauren A. Helbling, Chapter 13 Trustee and include the case number and Debtor name with all payments.**

As an alternative to mailing the deducted funds, the employer may submit funds electronically using an online payment method. Please see the Trustee's website at www.13trusteecleveland.com and review the "Employer Payment Information" section for further instruction.

In accordance with the relevant provisions of the Debtor's proposed plan,

**IT IS THEREFORE ORDERED** under 11 U.S.C. § 1325(c) and §1326 that the Debtor's employer is required to withhold funds from the Debtor's wages, salary, commissions, and all other earnings or income and promptly forward to the Chapter 13 Trustee as required by the Debtor's Chapter 13 Plan.

**IT IS FURTHER ORDERED,** under 11 U.S.C. § 362(a), that deductions for child support ordered by the Common Pleas Court or Domestic Relations Court may continue. The employer should cease all OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENTS, OR CREDIT UNIONS unless specifically authorized by this Court or until this Order is modified or vacated.

**IT IS FURTHER ORDERED,** that if the Debtor's employment terminates during the term of the bankruptcy plan, the employer is to notify the Chapter 13 Trustee in writing to the PO Box address stated above.

Based on the Debtor's filings, the Debtor's employer name and payroll address is:

Employer's Name:  PORTFOLIO MEDIA, INC
Address:  Attn: Payroll Garnishments
9443 SPRINGBORO PIKE
City/State/Zip:  MIAMISBURG, OH 45342
Phone:

By submitting this form, the Trustee certifies that this form is identical in all respects to the official form.

Submitted by:

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
ch13trustee@ch13cleve.com

**SERVICE LIST**

Lauren A. Helbling, Chapter 13 Trustee
(Served via ECF)

Office of the United States Trustee
(Served via ECF)

SUSAN M GRAY, Attorney for Debtor
(Served via ECF)

ERIC J HEISIG, Debtor(s)
3115 W 11TH ST - UPPER
CLEVELAND, OH 44109

PORTFOLIO MEDIA, INC, Employer
Attn: Payroll Garnishments
9443 SPRINGBORO PIKE
MIAMISBURG, OH 45342