UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: ERIC J. HEISIG | ) | Case No. 22-13324 |
| | ) | Chapter 13 Proceedings |
| Debtor(s) | ) | Judge Arthur I. Harris |

**TRUSTEE'S NOTICE FOR PRODUCTION OF
DOCUMENTS PURSUANT TO 11 U.S.C. §§521(a)(3), (f), (g)
AND/OR THE CONFIRMATION ORDER**

Now comes LAUREN A. HELBLING, the duly appointed and qualified Standing Chapter 13 Trustee ("Trustee") herein, and hereby files this Notice for Production of Documents pursuant to 11 U.S.C. §§521(a)(3), (f), (g) and/or the Confirmation Order requiring the Debtor(s) ("Debtor(s)") to annually provide financial information to the Trustee. Trustee is requesting that the following documents be provided via the Trustee's document delivery portal no later than **April 28, 2023**:

1. Federal income tax return for 2022 for Debtor(s) (and spouse, if married), including all schedules, all W-2 income statements, all 1099 income statements and other supporting documentation required to be filed with your Federal income tax return.

2. If Debtor(s) obtained an extension to file the 2022 Federal income tax return, proof of the extension along with verification of household income for 2022 (including but not limited to last pay advice for 2022, W-2 income statements and/or 1099 income statements from all employers) must be provided to Trustee.

3. Complete the Declaration of Income form for 2022. This form can be found on Trustee's website at www.13trusteecleveland.com. This form should be submitted to the Trustee via the Trustee's document delivery portal even if Debtors(s) obtained an extension to file the 2022 Federal income tax return.

4. If Debtor(s) is/are required to turnover a portion of their tax refund from their 2022 Federal income tax return, those funds should be paid into Debtor(s) plan upon receipt of the funds but no later than June 1, 2023. If Debtor(s) receive notification from the Internal Revenue Service that their refund was garnished or delayed, Debtor(s) should send proof of said garnishment/delay to the Trustee via the Trustee's document delivery portal.

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268 Fax (216) 621-4806
ch13trustee@ch13cleve.com

**CERTIFICATE OF SERVICE**

    I certify that on February 22, 2023, a true and correct copy of the Trustee's Notice for Production of Documents pursuant to 11 U.S.C. §§521(a) (3), (f), (g) and/or the Confirmation Order was served:

    Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    SUSAN M. GRAY, on behalf of the Debtor(s), ERIC J. HEISIG, at ecf@smgraylaw.com

And by regular U.S. Mail, postage prepaid, on:

    ERIC J. HEISIG, Debtor(s), at 3115 W. 11TH ST. - UPPER, CLEVELAND, OH 44109

    /S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268 Fax (216) 621-4806
ch13trustee@ch13cleve.com